**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 25-12-DLB-CJS**

**CARLTON T. GALLMAN**                                                                                          **PLAINTIFF**

v.                                                        **ORDER**

**AMANDA PHIPPS, et al.**                                                                                     **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

      This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace Smith (Doc. # 60), wherein she recommends that the Defendant Wellpath LLC's Motion to Dismiss (Doc. # 41) and Renewed Motion to Dismiss (Doc. # 53) be denied and Plaintiff's Motion for Preliminary Injunctive Relief (Doc. # 43) be denied as moot.   No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.   The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

      (1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 60), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

      (2)   Defendant Wellpath LLC's Motion to Dismiss (Doc. # 41) and Renewed Motions to Dismiss Motion to Dismiss for failure to prosecute (Doc. # 53) are **DENIED**; and

      (3)   Plaintiff's Motion for Preliminary Injunctive Relief (Doc. # 43) is **DENIED AS MOOT.**

This 3rd day of March, 2026.



Signed By:
*David L. Bunning*   DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-12 Order Adopting R&R.docx