**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-12-DLB-CJS**

**CARLTON GALLMAN** **PLAINTIFF**

**v.** **ORDER**

**AMANDA PHIPPS, et al.** **DEFENDANTS**

*** *** *** ***

This action is before the Court on two matters. First, *pro se* Plaintiff Carlton Gallman filed a Motion for Summary Judgment as to his claim against Kentucky Department of Corrections Commissioner Cookie Crews. (R. 80). That Motion was docketed by the Clerk of Court on July 27, 2026 (*see id.*), and Commissioner Crews's Response was filed on August 20, 2026.[1] Second, Gallman has filed a Motion for Injunctive Relief – TRO Pursuant to Federal Rule of Civil Procedure 65. (R. 82). Defendants have responded to Gallman's injunctive motion. (R. 84; R. 85). Gallman will now have the opportunity to reply to both of his motions, and the Court finds it efficient to set one date for the filing of both replies.

Accordingly, **IT IS ORDERED** as follows Gallman shall have until **September 9, 2026**, to reply to his Motion for Summary Judgment (R. 80) and his Motion for Injunctive Relief (R. 82).

Signed this 25th day of August, 2026.

**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**

G:\Judge-CJS\DATA\Orders\civil ashland\2025\25-12-DLB order re replies.docx

[1] By the Court's estimation, Commissioner Crews's Response was untimely filed. (*See* R. 80 at Page ID 1211 (certificate of service dated July 21, 2026)); *see also* LR 7.1(c); Fed. R. Civ. P. 6(d).